UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELL IT SOCIAL, LLC (D/B/A COUNTRY HABIT),<br><br>                                    Plaintiff,<br><br>                    v.<br><br>ACUMEN BRANDS, INC. (D/B/A/ COUNTRY OUTFITTER),<br><br>                                    Defendant. | Civil Action No. 14 cv 3491<br><br>Hon. Richard M. Berman<br><br>Oral Argument Requested |

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT
FOR FAILURE TO STATE A CLAIM BY ACUMEN BRANDS, INC.**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying Memorandum of Law and all other papers and proceedings herein, Defendant Acumen Brands, Inc. will move this Court, before the Honorable Richard M. Berman, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing with prejudice Plaintiff Sell It Social, LLC's Amended Complaint in its entirety.

Dated: New York, New York
           August 25, 2014

                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                    By:   */s/ Aidan Synnott*
                              Aidan Synnott (asynnott@paulweiss.com)
                              1285 Avenue of the Americas
                              New York, New York  10019-6064
                              (212) 373-3000

                    *Attorneys for Defendant Acumen Brands, Inc.*